IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUBY ETHRIDGE,

    Plaintiff,

v.                                            Civ. No. 12-897 KG/SCY

ALBUQUERQUE PUBLIC SCHOOLS, WINSTON
BROOKS, in his individual capacity, and JOHN
or JANE DOE, in his or her individual capacity

    Defendants.

## ORDER GRANTING SUMMARY JUDGMENT
## AND DISMISSING COUNTS VII, VIII AND IX

    Having granted Defendants' Motion for Summary Judgment (Doc. 14) by a Memorandum Opinion and Order (Doc. 22) entered contemporaneously with this Order Granting Summary Judgment and Dismissing Counts VII, VIII AND IX based on qualified immunity,

    IT IS ORDERED that summary judgment is entered in Defendants' favor and that Counts VII, VIII and IX are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE