IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RUBY ETHRIDGE,

    Plaintiffs,

v.                    No. 1:12-cv-0897 KG/KK

ALBUQUERQUE PUBLIC SCHOOLS,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Parties' Joint Stipulated Motion For Dismissal With Prejudice ("Joint Motion"), the Court having considered the Joint Motion and being otherwise fully informed of the premises,

FINDS that the Joint Motion is well-taken and should be GRANTED.

IT IS THEREFORE HEREBY ORDERED that the above-styled action and all claims that were or could have been brought herein shall be and hereby are dismissed with prejudice. Each party will pay their own costs and attorney's fees associated with this case.

IT IS SO ORDERED this 23rd day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

MODRALL, SPERLING, ROEHL,
 HARRIS & SISK, P.A.

By*: /s/ Jennifer G. Anderson*
Jennifer G. Anderson (janderson@modrall.com)
Megan T. Muirhead (mmuirhead@modrall.com)
*Attorneys for Defendant APS*
P. O. Box 2168
Albuquerque, NM 87103-2168
(505) 848-1800
Fax (505) 848-9710

*And*

MORRISSEY | LEWIS, LLC.

By: */s/ Electronically approved on 2/20/15*
Jason J. Lewis, Esq.
Kari T. Morrissey, Esq.
*Attorneys for Plaintiff*
Morrissey | Lewis, LLC.
2501 Rio Grande Blvd. NW Suite B
Albuquerque, NM 87104
(505) 244-0950
Fax (505) 244-0952
jasonlewis2004@gmail.com
ktm@morrisseylewis.com